UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANNA JULIA CUARTAS
      Petitioner,
v.                                Case No. 5:22-cv-228/TKW/MAL

WARDEN PISTRO,
F.C.I. MARIANNA
      Respondent.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Amended Report and Recommendation (Doc. 12).   No objections were filed.

Upon due consideration of the Amended Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to exhaust her administrative remedies.   Accordingly, it is ORDERED that:

1.      The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Respondent's motion to dismiss (Doc. 7) is GRANTED, and the petition under 28 U.S.C. §2241 (Doc. 1) is DISMISSED without prejudice for failure to exhaust administrative remedies.

3.      The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE and ORDERED** this 31st day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**